160 A.3d 769

**IN RE: RELINQUISHMENT OF J.R., a Minor**

**Petition of: P.C., Father**

**No. 641 MAL 2016**

Supreme Court of Pennsylvania.

October 31, 2016

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.